# Exhibit B

### IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| Mary Elaine Morton, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Guaranteed Rate, Inc. )<br>)<br>    Defendant. ) | Civil Action No.: 24A09023-9 |

### NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that on November 13, 2024, Defendant Guaranteed Rate, Inc., under special appearance, filed a Notice of Removal of this action pursuant to 28 U.S.C. §§ 1332, 1141, and 1446 in the United States District court for the Northern District of Georgia, Atlanta Division. Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded." A copy of the Notice of Removal is attached hereto as Exhibit A.

Submitted this 13th day of November 2024.

                      **GORDON REES SCULLY**
                      **MANSUKHANI LLP**

                      */s/ Chad A. Shultz*
                      Chad A. Shultz
                      Georgia Bar No. 644440
                      Jack W. Chambers
                      Georgia Bar No. 348448

*Attorneys for Defendant Guaranteed Rate, Inc.*

55 Ivan Allen Jr. Blvd. N.W., Suite 750
Atlanta, Georgia 30308
Telephone: (404) 869-9054
cshultz@grsm.com
jchambers@grsm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this action a copy the foregoing NOTICE OF REMOVAL via First Class U.S. Mail:

Mary Elaine Morton
609 Millstone Drive
Jonesboro, GA 30238

Submitted this 13th day of November 2024.

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Chad A. Shultz*
Chad A. Shultz
Georgia Bar No. 644440
Jack W. Chambers
Georgia Bar No. 348448
*Attorneys for Defendant Guaranteed Rate, Inc.*

11