# EXHBIT A

Civil Action No. 24-A-00027-9

Date Filed _____

Attorney's Address

Name and Address of party to be served.

Guaranteed Rate
2 Sun Court ste 400
Peach Tree Corners GA 30092 "

**Magistrate Court** ☐
**Superior Court** ☑
**State Court** ☐
**Georgia, Gwinnett County**

Mary Elaine Morton

_____
**Plaintiff**

VS.

Guaranteed Rate

_____
**Defendant**

_____
**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20 ___.

_____
**Deputy**

Sheriff Docket _____ Page _____

_____
**Gwinnett County, Georgia**

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Civil Action
Number 24-A-09023-9

Mary Elaine Morton

**Plaintiff**

**VS.**

Guranteed Rate

**Defendant**

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2024 OCT 11 PM 1:40
TIANA P. GARNER, CLERK

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Mary Elaine Morton

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 11th day of October, 2024

Tiana P. Garner,
Clerk of Superior Court

By: _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.
SC-1 Rev. 2011

IN THE _Superior_ COURT OF _Gwinett_ COUNTY

STATE OF GEORGIA

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

**2024 OCT 10 PM 12: 55**

TIANA P. GARNER, CLERK

_Mary Elaine Morton_

Plaintiff

v.

_Guaranteed Rate_

Defendant

CIVIL ACTION

NO. ~~24A~~ 090 23 - 9

## COMPLAINT FOR _Damages_

Now comes _Mary Elaine Morton_ plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _Guaranteed Rate Inc_ who is a resident of _2 Sun Court ste 4 or_ Street,

City of _Corners_ , _Gwinnett_ County, Georgia, and is subject to the jurisdiction of this court.

2. *List short and plain statement in separately numbered paragraphs of claim sued upon.*

① On 3/21/2024 Guaranteed Rate asks their referral partner Ellsworth insurance to quote homeowners insurance for my property. The quote was provided and on 3/26/2024 Guaranteed Rate asked Ellsworth Insurance to bind coverage for my home.

② At closing I brought 155,710 which included a check to Ellsworth Insurance. Also, I was misled for 4 months I had insurance and paid every month

③ On 7/6/2024 I contacted Orion 180 to file a water claim and I found out I had no coverage.

④ Guaranteed Rate processed my mortgage and referral a company that does not write policies. I am the 5th client in a year that this has happened to.

⑤ Guaranteed Rate failed to do their due diligence in making sure my coverage was binded.

⑥ Guaranteed Rate wrote me a fraudulent mortgage

3. *List statement of damages, with items of special damages stated specifically.*

(7) Guranteed Rate failed to check if the insurance agent binded coverage on my home on 3/26/2024. This negligence has caused my family and I harm. The company is not qualified to write policies

(8) Guranteed Rate wrote a fraudulent mortgage on my home and I was paying every month and at closing something I never had or existed.

(9) Guranteed Rate had 4 Reports about fraudulent insurance claims from Ellsworth and they still used this company for my home.

(10) I have a home that sat without insurance for months and I was paying.

(11) I have a claim due to water damage that has not been paid due to no insurance. My home is being damaged. I owe contractors that assist with the water damage.

(12) My health has deteriorated due to anxiety of living in a home without insurance.

(13) Guranteed Rate failed to place forced placed insurance on my house after I requested it since August. I called 9/26/2024 and I still am not covered during my gap 4/10/2024 - 8/13/2024 even though I pay for full coverage during that period. Guranteed Rate sold my mortgage before making sure they took care of my homes damages

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ 400,000 , together with interest and the costs of this action.

_Mary Elois Martin_
Plaintiff

1609 Millstone Drive
Jonesboro, GA 30238
Address

678-492-3217
Telephone number

IN THE _Superior_ COURT OF _Gwinnett_ COUNTY
STATE OF GEORGIA

_Mary Elane Morton_
Plaintiff

vs

_Guranteed Rate_
Defendant

Civil Action File No: _____

# VERIFICATION

I, (your name) _Mary Elane Morton_, personally appeared before the undersigned

Notary Public, and say under oath that I am the (check one :) ☑ Petitioner ☐ Respondent
in the above styled action and that the facts stated in the

(Name of petition, motion, complaint) _____
are true and correct.

This the _16th_ day of _Sep_, 20 _24_.
         [day]              [month]      [year]

_Mary Elain Morton_
(Sign your name here in front of the Notary)

Name (print or type here): _Mary Elaine Morton_
Address: _1009 Millstone Drive_
_Jonesboro GA 30238_
Telephone number: _(678) 492-3217_

Sworn to and subscribed before me, this
_16th_ day of _Sep_, 20 _24_.

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: _1/21/2017_

MARVIN WOOLEY
NOTARY
PUBLIC
COMMISSION EXPIRES
Jan. 21, 2027
DEKALB COUNTY, GA

From: **Angie Fallon** Angie.Fallon@rate.com
Subject: **Request for hoi quote Morton**
Date: **Mar 19, 2024 at 11:59:28 AM**
To: **maryelainemorton@gmail.com**
Cc: **Leah Coln** leah.coln@rate.com

We are helping our borrower, shop for homeowner's insurance quotes for the property they is purchasing at 609 Millstone Dr. We would love for you to provide us with a couple of your best quotes to review and compare.

I have copied the client on this email in case you need any additional information from them personally.

Names should read: Mary E Morton

DOB: 7/20/1985

704-574-8587

Need $208,587 in dwelling coverage  Roof has been replaced 3 years ago

Closing 3/29/2024

Let us know if you have any questions.

Thank you in advance for your help with these quotes!

BEWARE OF CYBER-FRAUD Before wiring any funds, call the intended recipient at a number you know is valid to confirm the instructions – and be very wary of any request to change wire instructions you already received, a Guaranteed Rate employee will never provide nor confirm wire instructions.

**Angie Fallon**
Processor



  (770) 863-7299

  Email Me
Rate.com

  425 Buford Highway
Suite 204
Suwanee, GA 30024

Mobile App | Guaranteed Rate Foundation | Agent Advantage



**Download the Rate App**

The faster way to get the funds you need.

Equal Housing Lender | © Guaranteed Rate 2024 | NMLS ID 2611 | NMLS Consumer Access | Licensing Information
Please Note : We care about your security and privacy, Please don't include identifying information like account numbers, birth dates and social security numbers in emails to us. Call us instead for secure email options or send the information by fax or regular US mail.

CONFIDENTIALITY AND SECURITY NOTICE The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, Please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. Guaranteed Rate makes no assurance that this e-mail and any attachments are free of viruses and other harmful code.

**checking. Thank you**

On Tue, Mar 19, 2024 at 11:59 AM Angie Fallon
<<u>Angie.Fallon@rate.com</u>> wrote:

We are helping our borrower, shop for homeowner's insurance
quotes for the property they is purchasing at 609 Millstone Dr.
We would love for you to provide us with a couple of your best
quotes to review and compare.

I have copied the client on this email in case you need any
additional information from them personally.

Names should read: Mary E Morton

DOB: 7/20/1985

<u>704-574-8587</u>

Need $208,587 in dwelling coverage  Roof has been replaced 3
years ago

Closing 3/29/2024

Let us know if you have any questions.

Thank you in advance for your help with these quotes!

BEWARE OF CYBER-FRAUD Before wiring any funds, call the intended recipient at a number you know is valid
to confirm the instructions - and be very wary of any request to change wire instructions you already received, a
Guaranteed Rate employee will never provide nor confirm wire instructions.

Guaranteed Rate makes no assurance that this e-mail and any attachments are free of viruses and other harmful code.

# Get funds fast with a HELOC.

Apply for our Digital HELOC in 5 minutes, get funds in as little as 5 days!



**From:** Kristy Ellsworth Wilson, CLCS <ellsworthinsurance@gmail.com>
**Sent:** Thursday, March 21, 2024 10:30:15 AM
**To:** Leah Coln <Leah.Coln@rate.com>
**Cc:** Angie Fallon <Angie.Fallon@rate.com>; maryelainemorton@gmail.com <maryelainemorton@gmail.com>
**Subject:** Re: Request for hoi quote Morton

---

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

## I have attached the quote with a 10,000 deductible. Please let me know if guys need anything else.

On Thu, Mar 21, 2024 at 10:07 AM Leah Coln <Leah.Coln@rate.com> wrote:

### Can you provide a $10,000 deductible quote as well please?

## Thank you

BEWARE OF CYBER-FRAUD Before wiring any funds, call the intended recipient at a number you know is valid to confirm the instructions - and be very wary of any request to change wire instructions you already received, a Guaranteed Rate employee will never provide nor confirm wire instructions.

## Leah Coln

NMLS# 718726

**Thank you for the opportunity to quote your new home. I have attached the best quote with 2 deductible options. This was by far the best quote. Please let me know if you have any questions or concerns.**

**Have a great day!**

On Thu, Mar 21, 2024 at 9:31 AM Leah Coln <Leah.Coln@rate.com> wrote:

**Jonesboro**

BEWARE OF CYBER-FRAUD Before wiring any funds, call the intended recipient at a number you know is valid to confirm the instructions - and be very wary of any request to change wire instructions you already received, a Guaranteed Rate employee will never provide nor confirm wire instructions.



### Leah Coln

NMLS# 718726

Producing Partnership Branch Manager

**GUARANTEED RATE**

(678) 877-2291

(770) 200-2812

Email Me

Visit My Website

200 Westpark Drive
Suite 290
Peachtree City, GA
30269

Loan Options | Mobile App | Guaranteed Rate Foundation | Agent Advantage

Download The Rate App

⌂ Equal Housing Lender | © Guaranteed Rate 2024 | NMLS ID 2611 | NMLS Consumer Access | Licensing Information
AL - 73019, AR - 128589, FL - LO63520, GA - 47153, NC - I-213452, SC - MLO - 718726, TN - 178249, VA - MLO-64424VA

Please Note : We care about your security and privacy, Please don't include identifying information like account numbers, birth dates and social
security numbers in emails to us. Call us instead for secure email options or send the information by fax or regular US mail.

CONFIDENTIALITY AND SECURITY NOTICE The contents of this message and any attachments may be privileged, confidential and
proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, Please inform the
sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents.
Guaranteed Rate makes no assurance that this e-mail and any attachments are free of viruses and other harmful code.

**From:** Kristy Ellsworth Wilson, CLCS <ellsworthinsurance@gmail.com>
**Sent:** Thursday, March 21, 2024 9:29:20 AM
**To:** Angie Fallon <Angie.Fallon@rate.com>
**Cc:** maryelainemorton@gmail.com <maryelainemorton@gmail.com>; Leah
Coln <Leah.Coln@rate.com>
**Subject:** Re: Request for hoi quote Morton

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

## HI Is this in Jonesboro or Newnan? Just double



Producing Partnership Branch Manager



**Apply Now**

📱 (678) 877-2291

📞 (770) 200-2812

✉️ **Email Me**

🖥️ **Visit My Website**

◎ 200 Westpark Drive
Suite 290
Peachtree City, GA
30269

**Loan Options** | **Mobile App** | **Guaranteed Rate Foundation** | **Agent Advantage**



🏠 Equal Housing Lender | © Guaranteed Rate 2024 | NMLS ID 2611 | NMLS Consumer Access | Licensing Information
AL - 73019, AR - 128589, FL - LO63520, GA - 47153, NC - I-213452, SC - MLO - 718726, TN - 176249, VA - MLO-84424VA

Please Note : We care about your security and privacy. Please don't include identifying information like account numbers, birth dates and social security numbers in emails to us. Call us instead for secure email options or send the information by fax or regular US mail.

CONFIDENTIALITY AND SECURITY NOTICE The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, Please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. Guaranteed Rate makes no assurance that this e-mail and any attachments are free of viruses and other harmful code.

## Get funds fast with a HELOC.

Apply for our Digital HELOC in 5 minutes, get funds in as little as 5 days'

**From:** Kristy Ellsworth Wilson, CLCC <ellsworthinsurance@gmail.com>
**Sent:** Thursday, March 21, 2024 10:04:07 AM
**To:** Leah Coln <Leah.Coln@rate.com>
**Cc:** Angie Fallon <Angie.Fallon@rate.com>; maryelainemorton@gmail.com <maryelainemorton@gmail.com>
**Subject:** Re: Request for hoi quote Morton

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

From: **Leah Coln** leah.coln@rate.com
Subject: **Re: Request for hoi quote Morton**
Date: **Mar 26, 2024 at 9:08:51 AM**
To: **Kristy Ellsworth Wilson, CLCS**
ellsworthinsurance@gmail.com, **Sheri Hix**
Sheri.Hix@rate.com
Cc: **Angie Fallon** Angie.Fallon@rate.com,
**maryelainemorton@gmail.com**

**Kristy,**

**How quickly can you provide insurance for us on the
$10,000 quote please?**

**Thank you**

BEWARE OF CYBER-FRAUD Before wiring any funds, call the intended recipient at a number you know is valid
to confirm the instructions - and be very wary of any request to change wire instructions you already received, a
Guaranteed Rate employee will never provide nor confirm wire instructions.



**Leah Coln**

NMLS# 718726

Producing Partnership Branch Manager



**Apply Now**

 (678) 877-2291

  Email Me
 Visit My Website

**200 Westpark Drive
Suite 290
Peachtree City, GA
30269**

(770) 200-2812

Loan Options | Mobile App | Guaranteed Rate Foundation | Agent Advantage


**Download the Rate App**
The faster way to get the funds you need.

Equal Housing Lender | © Guaranteed Rate 2024 | NMLS ID 2611 | NMLS Consumer Access | Licensing Information
AL - 73019, AR - 128589, FL - LO63520, GA - 47153, NC - I-213452, SC - MLO - 718726, TN - 178249, VA - MLO-84424VA

Please Note : We care about your security and privacy. Please don't include identifying information like account numbers, birth dates and social
security numbers in emails to us. Call us instead for secure email options or send the information by fax or regular US mail.

CONFIDENTIALITY AND SECURITY NOTICE The contents of this message and any attachments may be privileged, confidential and
proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, Please inform the
sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents.

From: **Kristy Ellsworth Wilson, CLCS**
        ellsworthinsurance@gmail.com
Subject: **Re: Request for hoi quote Morton**
Date: **Mar 26, 2024 at 9:12:32 AM**
To: **Leah Coln** leah.coln@rate.com
Cc: **Angie Fallon** Angie.Fallon@rate.com, **Sheri Hix**
        Sheri.Hix@rate.com, **maryelainemorton@gmail.com**

### I can do it in the next hour



Policyholders cannot bind, alter or cancel coverage except by speaking to an authorized representative of Ellsworth Insurance, Rocky Mountain West or its affiliates. Emails sent on behalf of Ellsworth Insurance may contain proprietary, confidential or privileged information intended solely for the addressee. Please note that some mail or emails may come from Rocky Mountain West Insurance.

On Tue, Mar 26, 2024 at 9:08 AM Leah Coln <Leah.Coln@rate.com> wrote:

Kristy,

How quickly can you provide insurance for us on the $10,000 quote please?

# Thank you

BEWARE OF CYBER-FRAUD Before wiring any funds, call the intended recipient at a number you know is valid to confirm the instructions – and be very wary of any request to change wire instructions you already received, a Guaranteed Rate employee will never provide nor confirm wire instructions.



## Leah Coln

NMLS# 718726

**Producing Partnership Branch Manager**



 **Apply Now**

 (678) 877-2291

 (770) 200-2812

 **Email Me**

**Visit My Website**

 200 Westpark Drive
Suite 290
Peachtree City, GA
30269

**Loan Options | Mobile App | Guaranteed Rate Foundation | Agent Advantage**



## Download the Rate App

The faster way to get the funds you need.

Equal Housing Lender | © Guaranteed Rate 2024 | NMLS ID 2611 | NMLS Consumer Access | Licensing Information
AL - 73019, AR - 128589, FL - LO63520, GA - 47153, NC - I-213452, SC - MLO - 718726, TN - 176249, VA - MLO-64424VA

Please Note : We care about your security and privacy, Please don't include identifying information like account numbers, birth dates and social security numbers in emails to us. Call us instead for secure email options or send the information by fax or regular US mail.

CONFIDENTIALITY AND SECURITY NOTICE The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, Please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. Guaranteed Rate makes no assurance that this e-mail and any attachments are free of viruses and other harmful code.

GI Care for Kids Endoscopy Center
GI

| | | | |
|---|---|---|---|
| **Patient:** | Kianna Lawson | **Procedure:** | Upper GI endoscopy |
| **MRN:** | C3549922 | **Date:** | 10/08/2024 |
| **DOB:** | 12/12/2009 | **Attending Physician:** | Asiya Shakir, MD |
| **Account:** | C3549922 | | |
| **Sex at Birth:** | Female | | |
| **Age:** | 14 year(s) | | |

**Patient Instructions**

1. Resume your regular diet.
2. Do not drive, operate machinery, make critical decisions, or do activities that require coordination or balance for 24 hours.
3. You may experience a sore throat for 24 to 48 hours.  You may use throat lozenges or gargle with warm salt water to relieve the discomfort.
4. Because air was put into your stomach during the procedure, you may experience some belching and/or gas.
5. Do not use NSAIDS or any medications containing aspirin for 10 days. Tylenol only
6. If you notice any of the following or have any concerns or questions please call your Physician's office at (404) 257-0799.  Inform the operator that the patient had a procedure and you must speak directly with a healthcare professional.
   - Chills and/or fever over 101
   - Persistent vomiting or vomiting with blood/nasal regurgitation
   - Severe abdominal pain, other than gas cramps
   - Severe chest pain
   - Black, tarry stools

   *No Aspirin, Aleve, Ibuprofen or other NSAIDs for 10 days*

7. After discharge from GI Care For Kids Endoscopy Center, if you need immediate care or have a life-threatening issue, go to the closest Emergency Department.
8. Continue present medications.
9. Call Asiya Shakir, MD if symptomatic.
10. You should receive a call from our office in 3 to 5 days with your biopsy results and any additional recommendations. **(Please remember to schedule your next appointment at that time)**

Your doctor recommends these additional instructions:
- Resume your previous diet.
- You have a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with you. You may return to normal activities tomorrow. Written discharge instructions were provided to you.

If you have any future questions or concerns, please call CCDHC at (404) 257- 0799.

_Asiya Shakir_

*Tylenol 650 mg every 4-6 hours as needed for any discomfort*

Asiya Shakir, MD
This document has been electronically signed.
Note Initiated: 10/08/2024
Note Completed: 10/08/2024 12:05 PM

*Have a good day!*

From: **Christy King** cking@eklawllc.com
Subject: **!U RE: 609 Millstone Closing**
Date: **Jul 29, 2024 at 1:11:10 PM**
To: **Mary Elaine** maryelainemorton@gmail.com, **EaglesLanding**
el@eklawllc.com

The effective date on your policy is 4/2/2024-4/2/2025, we mailed the check at closing 4/10/2024 and our check cleared 4/19/2024.

Here is the payment we mailed, I can obtain a copy of the cleared check if needed, unfortunately we have no control on how the insurance company handles posting the check and the date they begin their coverage.

Thank you,

****DUE TO INCREASED ATTEMPTS TO SEND FRAUDULENT EMAILS GIVING INCORRECT WIRING INSTRUCTIONS PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE WIRING ANY MONEY TO US, YOU WILL NOT, AT ANY TIME, RECEIVE "REVISED" WIRING INSTRUCTIONS FROM US*********

*Christy King*
*Closing Secretary*
*Edge & Kimbell Law, LLC*
*(770) 474-6752*
*(770) 474-6892 – Fax*
cking@eklawllc.com

**Edge & Kimbell Law, LLC**

| | | |
|---|---|---|
| 829 Fairways Court, Suite 110 Stockbridge, GA 30281 770-474-6752 McDonough@eklawllc.com | 503 Commerce Drive Peachtree City, GA 30296 678-962-0050 PTC@eklawllc.com | 3832 Highway 42 North Locust Grove, GA 30248 770-474-6752 LG@eklawllc.com |

From: **Tanya Jackson** tjac0107@gmail.com
Subject: **Re: N9PL631919-001**
Date: **Sep 25, 2024 at 9:36:13 PM**
To: **Mary Elaine** maryelainemorton@gmail.com
Cc: **Kristine Twining** Kristine.Twining@biberk.com, **Michael High** mhigh@davidmorse.com,
**ellsworthinsurance@gmail.com**

Hello all,
I also went through the same bad experience as Mrs. Elaine. This was a 6 month issue that caused a roller coaster of issues. Please feel free to contact me for any information

On Wed, Sep 25, 2024 at 8:15 PM Mary Elaine
<maryelainemorton@gmail.com> wrote:
Good Evening,

This morning, I was alerted Ms Tanya Jackson had a horrible experience with Ellsworth Insurance also. She left a review on google. I was able to connected with her today and she would not mind sharing her experience with the agency also. I've attached Ms Tanya on the email thread, today; she explained that 4 more customers had the same experience.
Ms Tanya, this is Ms Kristine Twinning. She's the adjuster with Ellsworth Insurance Liability coverage. Can you share your experience and all you've experienced during the last 5 months.

Mary E Morton
678-492-3217 Direct

On Sep 25, 2024, at 7:42 PM, Kristine Twining
<Kristine.Twining@biberk.com> wrote:


Expect MORE.

# HOMEOWNERS APPLICATION

## SUBMITTAL INFORMATION

| AGENCY / AGENT INFORMATION | | POLICY INFORMATION | |
|---|---|---|---|
| Agent Name: | Kristy Ellsworth | Policy Number: | OSIH3GA_01459894-1 |
| Agency Name: | Ellsworth Insurance LLC | Effective Date: | 07/06/2024 |
| Agency Phone | 770-755-7053 | Expiration Date: | 07/06/2025 |
| Agency Address: | 3 Bullsboro Drive | HO Form | GA Orion180 Homeowners |

| APPLICANT INFORMATION | | CO-APPLICANT INFORMATION | |
|---|---|---|---|
| Applicant Name: | Mary Morton | Co-Applicant Name: | |
| Contact Number: | 704-574-8587 | Contact Number | |
| Applicant Email: | marym75@yahoo.com | Email | |
| Applicant DOB: | 06/01/1975 | DOB: | |
| Mailing Address: | 609 MILLSTONE DR JONESBORO, GA 30238 | Address: | |

## PROPERTY INFORMATION

| | |
|---|---|
| Property Address | 609 MILLSTONE DR JONESBORO GA 30238 |
| Home is deeded to, and/or owned by a corporation, LLC, partnership, estate, association or any other business entity | No |
| Square Footage | 3631 |
| Year Built | 2006 |
| Occupancy Type (Primary or Seasonal/Secondary) | Primary |
| Construction Type Siding | Frame |
| Foundation Type | Slab |
| Basement | No Basement |
| Number of Dwelling Units | 1 |
| Protection Class | 3 |
| Roof Covering | Asphalt/Fiberglass 3 Tab Shingle |
| Roof Replaced | Yes |
| What year was the roof installed | 2023 |
| Water Heater installed above ground floor (does not apply to tankless water heaters) | No |
| Water Heater in Attic (does not apply to tankless water heaters) | No |
| Number of Fire Claims in the last 3 years | 0 |
| Number of Property Claims in the last 3 years | 0 |
| Number of Liability Claims in the last 3 years | 0 |
| Number of Water Claims in the last 3 years | 0 |
| Number of Other Claims in the last 3 years | 0 |
| Fire Alarm Type (Proof Required) | Professionally Monitored |
| Existing Coverage | Yes |
| Home Buyer (Home purchased within the preceding 12 | Yes |

**Tanya Jackson**
Local Guide · 23 reviews

3 hours ago

**This company is TRASH!!! Kristy Wilson lied about the insurance that I had for 5mos!! I'm so glad That I kept putting pressure on her at Ellsworthless. Kristy Wilson had me in 2 policies at the same time and after that had me in 2 other condo insurance policies and I had never purchased a condo. Technically the entire time I had no insurance for my home! I went with another agency and turns out that company received 4 other customers with the same issue from the same Ellsworthless. If you are thinking about using this company save yourself the hassle and go with the better brand. Oh yea they only txt and email you will never get a phone call from her hell she kept txting me that she lives in an area that drop calls...... Just TRASH!!!**

🙏 1
•••

NGLS Adjusting, LLC
P.O. Box 1623
Winston-Salem, NC 27102



October 2, 2024

SERVICEMAC
9726 OLD BAILES ROAD SUITE 200
FORT MILL, SC   29707

RE:  Borrower:             **MARY MORTON**
     Insured Lender:       **SERVICEMAC**
     Claim No.:            **240723097**
     Loss Type:            **Water Damage**
     Loss Cause:           **Plumbing**
     Date of Loss:         **07/06/2024**
     Claim Reported Date:  **09/05/2024**
     Loan No.:             **5110321468**
     Loss Location:        **609 MILLSTONE DR**
                           **JONESBORO, GA   30238**

Dear SERVICEMAC:

We are handling this matter on behalf of the above referenced insurance company. We are continuing our investigation of your claim. We are still in the process of verifying coverage for the date of loss. At this time, the file has not been assigned out for inspection. The claim is currently pending review and will conclude as soon as possible.

If you have any additional information for our review, please submit it to our office.

To protect your privacy and security, please remove or "black out" sensitive information on any document you submit.   Our policy is to protect all personal information submitted.

As soon as we receive all necessary information, we will notify you of our decision regarding your claim.

If you have any questions, please contact our office at the number below.

Sincerely,

*Jessica Williams*

JESSICA WILLIAMS
LS-Claims Rep
NGLS Adjusting, LLC

Sent On Behalf of
Joseph (Tyler) Penny
Sr. Claims Rep
NGLS Adjusting, LLC
Phone: 1.800.211.4533

NGLS Adjusting, LLC performs claims administration functions for the above listed insurance company.

CC:    SERVICEMAC
       MARY MORTON

From: **Kristy Ellsworth Wilson, CLCS**
    ellsworthinsurance@gmail.com
Subject: **Policy update**
Date: **Jul 17, 2024 at 10:19:43 AM**
To: **Mary Elaine** maryelainemorton@gmail.com

---

**HI Mary,**

**First off, I want to apologize for the way you feel I have treated you during this situation. This was not my intention. I did make an error in submitting your policy which I have told Orion and my insurance company that covers me for professional liability.  The best choice moving forward is to try to work this out so that we are both happy with the outcome.**

**I have attached a copy of the correspondence with you and Leah showing that you did agree to a $10,000 deductible so whether or not you had an issue with me submitting your policy this was your deductible.**

**Due to the fact that you have not signed any paperwork from the company, I will update the deductible back to the inception of the policy.**

**The amount you paid at closing was $1413.96, they will not let me pay that all at once so I made a payment of $330.64 today to get the policy updated as this was the maximum amount they would let me pay today. I am sending them the balance due of $1083.32 to process separately.**

**If you want to update the changes to the policy and update the deductible back to inception, please respond back to this email. I am also sending you the esignature to complete.**

period you were covered. The deductible issue would have come up as you never told me about a claim until after you filed it.  I did not know about a claim when I updated the deductible, you did not mention it.

I will reach out to Orion and see what options there are available.


On Fri, Aug 2, 2024 at 4:00 PM Mary Elaine <maryelainemorton@gmail.com> wrote:
Good Afternoon,

 This is Mary Morton at 609 Millstone Drive Jonesboro, GA 30238. I purchased a home with Paul and financed my home with guaranteed rate. On the day of closing I paid the insurance in full for the year. Prior to closing I had to complete all repairs the home to get the home approved For closing.
Kristy received a check in the amount of 1,413 and as of today she still has my money and has only made one monthly payment.
Paul and Leah I need your assistance to provide to the underwriting team at Orion 180 that I was supposed to to have active coverage on my property as of 4/4/2024 and that a certified adjuster went out to my home to certify all property damages were completed on 03/26/2024 I attached them on the email. As of today I received a notification that they closed my policy stating I had prior damage to my home before 6/6/2024 because they used my inspection report.
I have 5 kids and I'm living in a home with a mortgage and no insurance.

I'm attaching the check that I paid and the appraisal report.

Kristy, can you please be by agent and contact understanding and let them know that this was a FHA mortgage and I could not go to closing without the repairs completed. Kristy can you please pay the amount due to Orion 180 please. I have a pending claim and I need the repairs completed in my home.

**Mary E Morton**
**704-574-8587** Direct

--



FOR RETURN SERVICE ONLY
PO Box 100081
Duluth, GA 30096
09/12/2024

Mary E Morton
609 Millstone Dr
Jonesboro, GA 30238-4128

Loan Number:                5110321468
Property Address:           609 Millstone Dr
                            Jonesboro, GA 30238

## Notice of Servicing Transfer

The servicing of your mortgage loan is transferring effective 10/02/2024. This means that after this date, a new Servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change other than terms directly related to the servicing of your loan.

Guaranteed Rate, Inc. will collect your payments prior to 10/02/2024. Guaranteed Rate, Inc. will stop accepting payments from you after 10/01/2024.

LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC will start servicing your mortgage loan on 10/02/2024 and is responsible for accepting payments from you on or after 10/02/2024 and such things as paying your property taxes, homeowner's insurance, issuing billing statements, and preparing year-end statements.

If your monthly payments are automatically withdrawn from your bank account by Guaranteed Rate, Inc., this service will continue, however while your new servicer establishes your loan records, there may be a brief delay in your ACH payment draft which will have no impact to your payment record.

If you are making your payment through your financial institution or a bill-pay or online service through a third-party provider, you must update your information to the new servicer's name and address. Failure to make these changes will result in delays in processing your payment.

Send all payments due on or after 10/02/2024 to LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC at this address:
        LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC
        Payment Processing
        P.O. BOX 37628
        PHILADELPHIA, PA 19101-0628
        (800)509-0183

PACKAGE_SM_GB101 Rev.
Page 1 of 3

18597671_5822_202409112209531431



158081-00177225-0 [PAG.0] [DOC 1514 3/6 Id.39024544]

If you have any questions for either Guaranteed Rate, Inc. or your new servicer, LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC about your mortgage loan or this transfer please contact them using the information below:

**Prior Servicer:**
Guaranteed Rate, Inc.
Customer Service
P.O. Box 100077
Duluth, GA 30096
(866) 681-2264

**New Servicer:**
LoanCare, LLC on behalf of Lakeview Loan Servicing, LLC
Customer Service
P.O. Box 8068
Virginia Beach, VA 23450
(800)509-0183
Monday-Friday 8:00am-9:00pm EST Saturday 8:00am-3:00pm EST

As of 09/12/2024, the unpaid principal balance of your mortgage loan account is $202,205.11 with an interest rate of 5.375%.

As of 09/12/2024, the required monthly payment in connection with your mortgage loan account is $1,785.60. This amount consists of a monthly principal and interest payment of $1,136.69 and a monthly escrow payment of $648.91. The next mortgage payment is due on 09/01/2024 and thereafter all subsequent mortgage loan payments will be due on the same date.

As of 09/12/2024, the escrow balance on your mortgage loan account is ($1,939.91).

Important note about optional insurance. If you have mortgage, life, or disability insurance or any other type of optional insurance, premiums will not be transferred from Guaranteed Rate, Inc., and will be discontinued. Please contact the provider of the optional insurance or membership product(s) directly regarding your continuation privileges, if applicable.

You will receive a mortgage interest statement from each servicer that collected interest from you for the period that they serviced your loan during the calendar year and as required by the Internal Revenue Service.

## Important Legal Information

**Important Information for Debtor's in Default:**
We may be considered to be a debt collector under certain state and federal laws. Accordingly, for the purposes of such laws, this communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. However, to the extent your original obligation has been discharged or is subject to an automatic stay under the United States Bankruptcy Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

**Information about the service transfer of your loan:**
Under federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

**Notice of Errors and Requests for Information:**
You have certain rights under federal law related to resolving errors in the servicing of your loan or requesting information about your loan account. If you want to send a Notice of Error or a Request for Information as defined by federal law, it must be sent to our exclusive address at PO Box 100078 Duluth, GA 30096.

**Information for Servicemembers and their Dependents:**
The Servicemembers Civil Relief Act may offer protection or relief to military members who have been called to active duty. If either you have been called to active duty or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact Customer Service at (866) 681-2264.

**Successors in Interest:**

A Successor in Interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact us by phone at (866) 681-2264, mail at PO Box 100078, Duluth GA 30096 or e-mail us at support@myrateservicing.com to start the confirmation process.

ServiceMac, LLC (NMLS #1687766) provides certain mortgage servicing functions and services on behalf of Guaranteed Rate. For more information regarding ServiceMac, LLC including licensing and other legal information, please visit www.myservicemac.com.

  

**From:** Murray, Heather <hemurray@oci.ga.gov>
**Sent:** Monday, August 26, 2024 11:30 AM
**To:** O180 Support <Support@orion180.com>
**Subject:** Investigation assistance policy#: OSIH3GA_01459894-1A


**Dear Orion180,**


**Good afternoon my name is Heather Murray, and I am a Special Agent with the Office of Commissioner of Insurance. I am currently investigating a case that involves policy holder Mary Morton who purchased a policy during her closing on her home and gave a check to her agent Ellsworth Insurance for $1,413.96. According to Ms. Morton, only $331.00 was applied to the policy (policy#: OSIH3GA_014598941-1A or 1B. Along with this, I received from Ms. Morton two different homeowners' policy declaration pages. One was whited out with a $0.00 balance and the other showed a due now amount of" $2,210.54. I have attached an official request of information and could you please have someone reach out to me. Thank you so much.**


**Heather Murray**

**Special Agent Office of Commissioner John F. King**

**Two Martin Luther King Jr Drive SE**

**Suite 708 West Tower**

**Atlanta, Georgia 30334**

**C:** <u>404-234-1191</u>

<u>Hemurray@oci.ga.gov</u>


**Office of Commissioner of Insurance and Safety Fire**
Protect  Enforce  Educate  Inform

zip **Morton 2.zip**
22.2 MB

ORIGINAL CHECK HAS A COLORED BACKGROUND; HOLD PAPER AT A HEAT SENSITIVE ICON - SEE BACK FOR DETAILS



**Edge & Kimbell Law, LLC**
BankUnited1
829 Fairways Court Suite 110
Stockbridge, GA 30281
(770) 474-6752



**BANKUNITED, NA**
Miami Lakes, FL



**3177**

Date: 04/10/2024

Order Number: EL-24-5114

**PAY**  One Thousand Four Hundred Thirteen And 96/100  **$1,413.96**

**TO THE
ORDER OF**
Ellsworth Insurance
PO Box 171
Newnan, GA 30264

Void After 90 Days

**MEMO**  Policy# 000825648

⑈3177⑈ ⑈267090594⑈        9856168696⑈

| Check No | 3177 | Paid to | Ellsworth Insurance |
|---|---|---|---|
| Order No. | EL-24-5114 | Date | 04/10/2024 |
| Amount | $1,413.96 | | |

Amount Breakdown
Homeowner's Insurance Premium  $1,413 96

Payee: Ellsworth Insurance
Order Number: EL-24-5114
Closer Name: Christy King
Borrower: Mary E. Morton
Seller: Cassandra L. Waring
Purchase Price: $350,000 00
Loan Amount: $202,991.00
Property: 609 Millstone Drive, Jonesboro, GA 30238

Memo: Policy# 000825648

| Check No. | 3177 | Paid to | Ellsworth Insurance |
|---|---|---|---|
| Order No. | EL-24-5114 | Date | 04/10/2024 |
| Amount | $1,413.96 | | |

Amount Breakdown
Homeowner's Insurance Premium  $1,413 96

Payee: Ellsworth Insurance
Order Number: EL-24-5114
Closer Name: Christy King
Borrower: Mary E. Morton
Seller: Cassandra L. Waring
Purchase Price: $350,000.00
Loan Amount: $202,991.00
Property: 609 Millstone Drive, Jonesboro, GA 30238

Memo: Policy# 000825648

# AFTER VISIT SUMMARY



**Mary E. Morton**  MRN: 913401093  📅 9/5/2024  📍 Piedmont Henry Hospital Emergency Department 678-604-1010

## Instructions

 **Read the attached information**
1. Chest Wall Pain  Easy-to-Read (English)
2. Hypertension  Adult  Easy-to-Read (English)
3. Form - Blood Pressure Record Sheet (English)

 **Schedule an appointment with Larry Bergere, MD as soon as possible for a visit in 4 days (around 9/10/2024)**
Specialty: Internal Medicine
Contact: 105 Carnegie Place
         Suite 103
         Fayetteville GA 30214
         770-716-7999

## Today's Visit

You were seen by Pierre Des Anges

**Reason for Visit**
Chest Pain

**Diagnoses**
- Hypertensive emergency
- Screening for cardiovascular condition
- Atypical chest pain

## ⚕ Lab Tests Completed
CBC auto differential
Comprehensive metabolic panel
Troponin - 0 hour
Troponin - 2 hours
hCG, serum, qualitative

## 🔬 Imaging Tests
CT Scan
Chest PA and lateral
ECG 12 lead
Ultrasound

From: **Cassie Waring** cassiewaring@yahoo.com
Subject: **609 Millstone Drive**
Date: **Aug 5, 2024 at 7:55:20 PM**
To: **maryelainemorton@gmail.com**

**I, Cassandra Waring, had the roof repaired May 11, 2020. After the inspection report I opened my home to allow all repairs to take place before the April 10, 2024 closing. All repairs were completed March 25, 2024 and an appraiser approved the repairs on March 26, 2024. I brought 15,000 to closing to take care of the HVAC units for Mary Morton the new owner.**

**Sincerely,**


**Cassandra Waring**

Sent from Yahoo Mail for iPhone



# **Atrium** Health

ATRIUM HEALTH LEVINE CHILDREN'S UNIVERSITY PEDIATRICS - PROSPERITY CROSSING
5727 PROSPERITY CROSSING DRIVE
SUITE 1500
CHARLOTTE NC 28269-2343
Dept: 704-863-9910
September 6, 2024

Patient:    **Maleah F Peoples**
Date of Birth: 1/19/2018

REGARDING THE FOLLOWING:
GEORGIA POWER ACCOUNT #: 23638-93067
Mary E. Morton
609 Millstone Dr. Lot 71
Jonesboro GA 30238

To Whom it May Concern:

Maleah Peoples has multiple medical conditions which require use of many medical devices that rely on electrical power to function. Maleah has a tracheostomy which maintains her airway-her ability to breath, this tracheostomy is cleared with use of a suction machine which is requires power. Maleah has daily medication which is delivered by a nebulizer which also requires power to operate-this medication is vital in keeping her airway clear.
Additionally, Maleah is fed through a tube in her abdomen, the pump that delivers food to her to maintain nutrition requires power.
These machines are used multiple times everyday. Maleah's current physical health needs are permanent. Maleah's condition would be severely compromised if she were to be without electric service and unable to access the medical equipment she needs to sustain her life.
Please provide Maleah with priority accommodations to maintain her medical equipment which help her sustain life.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Alexis Stogden, RN

RN Supervisor
University Pediatrics Prosperity Crossing

CC: No Recipients

(Peoples, Maleah)(1/19/2018)(5411349)

From: **Tanya Jackson** tjac0107@gmail.com
Subject: **Re: Loan 5110321468**
Date: **Oct 2, 2024 at 11:32:58 PM**
To: **Mary Elaine** maryelainemorton@gmail.com

**Hello Mary,**
**Ellsworth insurance was referred to me by guaranteed rate as well. I was**
**led to believe that I was insured by Kristy Wilson who is the owner of**
**Ellsworth in Newman Ga. Kristy literally had me uninsured for 5 months by**
**lying every time I inquired about my insurance. It was either she didn't**
**know what was going on, or she was going to get back to me and each**
**time she would take days, sometimes weeks to update me about my**
**insurance. Kristy never called me as she would always text. Each time**
**Kristy would attempt to bind my policy I would get a letter in the mail**
**stating that the check was returned for non payment. I just don't**
**understand how I paid my insurance for the year before closing and was**
**getting cancellation notices in the mail for nonpayment.**

> **On Wed, Oct 2, 2024 at 9:23 PM Mary Elaine**
> **<maryelainemorton@gmail.com> wrote:**
> **Good Evening Tanya,**
>
> **Hi thanks for connecting with me after seeing my review on google**
> **about Ellsworth insurance. I was connected with Ellsworth insurance,**
> **through the mortgage company Guaranteed Rate. While my loan was**
> **getting finalized they reached out to Ellsworth to finalize the insurance. I**
> **was assured that my insurance was bonded before closing. After reading**
> **your review, I see Guaranteed Rate was fully aware that Ellsworth was not**
> **binding policies. Can you tell me how you connected with Ellsworth**
> **Insurance and what was your experience?**
>
> **Mary E Morton**
> **678-492-3217 Direct**

**From:** Kristy Ellsworth Wilson, CLCS <ellsworthinsurance@gmail.com>
**Sent:** Thursday, July 11, 2024 2:39 PM
**To:** O180 Support <Supp·· orion180.com>
**Subject:** Change Date Request

HI I have a policy that I did not submit due to my own error. I have
spoken to the client's lender and they want me to update the effective
date of the policy. I chatted with Caitlin Shipley and she stated that this
may be possible due to there not being a loss during that time period.
The policy number OSIH3GA 01459894-1A
I have attached a statement of no loss from Mary Morton to assure
that there were no losses during this time period.
This was a complete error on my part and I want to correct it for the
client & the lender, who is a referral partner of mine. Please let m know
if you can help with this in some way. Thank you in advance for your
consideration'

Kristy Ellsworth

--



Policyholders cannot bind, alter or cancel coverage except by
speaking to an authorized representative of Ellsworth Insurance,
Rocky Mountain West or its affiliates. Emails sent on behalf of
Ellsworth Insurance may contain proprietary, confidential or privileged
information intended solely for the addressee. Please note that some
mail or emails may come from Rocky Mountain West Insurance.

From: **Kristy Ellsworth Wilson, CLCS**
ellsworthinsurance@gmail.com
Subject: **Update Effective Date**
Date: **Jul 15, 2024 at 5:21:35 PM**
To: **Mary Elaine** maryelainemorton@gmail.com, **Ellsworth Insurance** service.ellsworthinsurance@gmail.com

**HI Mary**
**I have reached out to Orion several times today and they are still working on the date change. This was my error and I have checked with my insurance provider who would cover my errors and they want me to wait for Orion to process the effective date change. I appreciate your patience, they have 72hours to process and I sent it all on Thursday. As soon as I hear I will let you know.**

**Thank you for your patience. I will be checking all evening for the email from them and I will send it to you as soon as I get it.**

**Thank you**

--



Policyholders cannot bind, alter or cancel coverage except by speaking to an authorized representative of Ellsworth Insurance, Rocky Mountain West or its affiliates. Emails sent on behalf of Ellsworth Insurance may contain proprietary, confidential or privileged information intended solely for the addressee. Please note that some mail or emails may come from Rocky Mountain West Insurance.



Patient Name: Mary Elaine Morton
ID: eyQ5zpzN16G1hGDf6h1yyd..
Sex: Female
BP:
Weight: lbs
Height: inches
DOB: 7/20/1985 (39)
Comments:

Req. Physician:
Technician:
History:
Medication:
Date of Report: 8/27/2024 4:22:00 PM
Reviewed By:
Review Date:

Maritza Ramirez, MA

Rate: 72    BPM
PR: 174    msec
QT: 414    msec
QTc:    msec
QRSD: 86    msec
P-QRS-T: 21/6/42    degree

Interpretation:
Sinus Rhythm
Voltage criteria for LVH (RQ)+S(III) exceeds 2.50 mV) -Voltage criteria w/o STT abnormality may be normal.
-Nonspecific ST depression -Nondiagnostic.
ABNORMAL

Speed:25 mm/sec Gain:10 mm/mv MYO:ON AC:ON DRIFT:ON

Page 1 of 1    Version 10.0.8.0    Print Date 8/27/2024 4:24:31 PM



**AGENCY ID (ORI)**
**GA0310100**

# CLAYTON COUNTY POLICE DEPARTMENT
## INCIDENT REPORT

**CASE NUMBER:**
**24045981**

| *PREMISES INFORMATION* | | |
|---|---|---|
| **Report Date**<br>08/02/2024 20:29:06 | **Incident Start Date**<br>04/10/2024 00:00:00 | **Incident End Date**<br>08/02/2024 21:17:00 |
| **Incident Location** | **Address**<br>609 MILLSTONE DR   Jonesboro GA 30238 | |

| *OFFENSE(S)* | *COUNTS* |
|---|---|
| 16-8-3 THEFT BY DECEPTION | 1 |
| 16-9-121 IDENTITY FRAUD | 1 |

### *VICTIM(S)*

| 1 | **Name**<br>MORTON, MARY | | **Victim Type**<br>Person/Individual | **Race**<br>Black Or African American | **Ethnicity**<br>Non-Hispanic |
|---|---|---|---|---|---|
| | **Sex**<br>Female | **D.O.B.**<br>07/20/1985 | **Age**<br>38 | **Address**<br>609 MILLSTONE DR   Jonesboro Georgia 30238 | **Phone**<br>(678) 492-3217 |

**Related Offense(s)**

16-8-3 THEFT BY DECEPTION (26A M)

16-9-121 IDENTITY FRAUD (26F F)

### *SUSPECT(S)*

| 1 | **Name**<br>WILSON, KRISTY ELLSWORTH | | **Height** | **Weight** | **Race**<br>White | **Ethnicity**<br>Non-Hispanic |
|---|---|---|---|---|---|---|
| | **Sex**<br>Female | **D.O.B.** | **Age**<br>Unknown | **Address** | | **Arrested?**<br>No |
| | **Height** | **Weight** | **Hair Color** | **Eye Color** | | |

**Related Offense(s)**

16-8-3 THEFT BY DECEPTION (26A M)

16-9-121 IDENTITY FRAUD (26F F)

### *PROPERTY*

| 1 | **Status**<br>Stolen | **Make, Model** | **Serial** | **Color(s)** | |
|---|---|---|---|---|---|
| | **Qty.**<br>1 | **Description**<br>CHECK/MONEY | | | **Value**<br>$1,413.96 |
| | **Owner Name** | **Owner Address** | | | |
| 2 | **Status**<br>Stolen | **Make, Model** | **Serial** | **Color(s)** | |
| | **Qty.**<br>1 | **Description**<br>IDENTITY | | | **Value**<br>$0.00 |
| | **Owner Name** | **Owner Address** | | | |

| | Total Value | $1,413.96 |
|---|---|---|

**CLAYTON COUNTY** **POLICE DEPARTMENT**

Commitment, Honor, Integrity, Transparency and Professionalism

Case No. _____

Print the following information:

Date: 08/02/2024    Time: 8:40PM    Page _____ of _____

Name: Mary Elaine Morton

I purchased my home 04/10/2024 at closing I paid
Kristy Ellsworth Wilson with Ellsworth Insurance 1,413.96
she cashed the check on 4/19/2024 As of today 08/02/2024
My insurance co hasnt been paid and Kristy Ellsworth Wilson
is not paying my policy. My policy will cancel in full on
08/08/2024 unless the payment is made Kristy Ellsworth
has falsified my insurance application with the wrong date of birth
email and gave me documents of proof of coverage that never
existed. kristy with Ellsworth insurance has blocked
me and is not returning my phone calls. I have been
defrauded and I need assistance

Signature _____

Name of Witness (Print). _____

00101201

Signature _____

O.C.G.A. 16-10-20. Falsifying statements and concealing facts in matters within the jurisdiction of state or political subdivisions.
A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact, makes a false, fictitious, or fraudulent
statement or representation, or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry,
in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city, or other political subdivision of
this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or
...

Headquarters: ▼ 1911 N. McDonough Street, Jonesboro Georgia 30236 ▼ Voice (770) 477-3747 ▼ Fax (770) 477-3715



Orion180 Insurance Services
Phone: 866 590 3550 | Fax: 321 555 2222
E-mail: office@orion180.com

August 28, 2024

**GEORGIA DEPARTMENT OF INSURANCE**

Re:    Insurer Response to Consumer Complaint
      GA DOI File #:    555287511
      Insured:    Mary Morton
      Policy #:    OSIH3GA_01459894-1B
      Property Address:    609 Millstone Dr., Jonesboro, GA 30238
      Orion180 Select Insurance Company; NAIC 17438

Dear Annette Arnold:

Orion180 Select Insurance Company ("Orion180") is in receipt of the above-referenced complaint filed by Mary Morton (the "Insured") with the Georgia Department of Insurance on August 2, 2024.

In response to the Insured's Consumer Complaint, Orion180 submits the following:

The Insured purchased a home located at 609 Millstone Drive, Jonesboro, GA, 30238 on April 10, 2024. The intent was that Insured would pay the premium for a homeowners insurance policy in conjunction with the closing, and a check was provided for this purpose to the closing agent at that time. The check was forwarded to the insurance producer, Ellsworth Insurance (the "Agent"), but the Agent failed to bind coverage.

Per the Insured's consumer complaint, she called in to report a claim on July 6, 2024, but was informed by Orion180 personnel that she did not hold any policy with Orion180. At this time, the Insured reached out to the Agent, who informed the Insured that the Agent would resolve the issue.

On July 6, 2024, policy number OSIH3GA_01459894-1 (the "Policy") was bound by the Agent, effective the same day. On July 9, 2024, at the Insured's request, the Agent adjusted the All Other Perils Deductible from $10,000 to $2,500, resulting in a higher premium due for the Policy. The Agent requested that the effective date of the policy be backdated to April 10, 2024, when the Insured closed on the house, but the Orion180 customer experience team advised that Orion180 policy allows for effective dates to be backdated a maximum of 30 days and that to do so, Orion180 must receive documentation showing the date of the closing and a Statement of No Loss signed



by the Insured, indicating that there have been no losses during the backdated coverage period. Both of these items were received by July 16, 2024, at which time the Policy was endorsed to reflect an effective date of June 6, 2024, 30 days prior to the original effective date of the Policy. On July 19, 2024, the Agent called to ask if Orion180 was able to backdate the deductible change, she was informed that Orion180 does not allow backdating of deductible changes. The Agent, in an email to Insured, stated that she would not have requested this change, requested by the Insured, if she knew that Insured had a claim she planned to file.

On July 9, 2024, the Insured submitted two claims under the Policy. One was for leaking plumbing (Claim Number C-1015763, with a date of loss of July 6, 2024, hereinafter referred to as the "Plumbing Claim"), the other was for damage to the deck at the property (Claim Number C-1015764, with a date of loss of July 7, 2024, hereinafter referred to as the "Deck Claim"). The Insured withdrew the Deck Claim on July 16, 2024, prior to investigation of the Deck Claim being completed.

In connection with the claims, the Insured submitted documentation associated with closing on the home, which included the pre-purchase inspection report, dated March 20, 2024 (the "Inspection Report"). The Inspection Report shows significant damage to the home, including plumbing leaks, deterioration/ rotting of the deck, damage to the ceiling, and other items. The Field Adjusters' inspection reports indicated that prior unrepaired damage shown on the Inspection Report was not adequately remediated at the time of the field adjuster's inspection.

On the Homeowners Application associated with the Policy, the Insured answered "True" to the Verification Statement which reads "This property is not in the course of construction, has no existing damage and is not in a state of disrepair." As described above, this was not accurate and, had Orion180 been aware that this was the case, it would not have issued the Policy. Based on the foregoing, the Policy was rescinded on August 2, 2024, based on material misrepresentation on the Homeowners Application. This resulted in denial of the Plumbing Claim, as no coverage was in place.

Included alongside this letter are: the Policy Packet; signed Homeowners Application; the Inspection Report, dated March 20, 2024; and Notice of Recission, dated August 2, 2024. If you should need any further information, please feel free to reach out to me.

Best Regards,

Will Stewart
Regulatory Counsel



**Expect MORE.**

# AMENDED HOMEOWNER POLICY DECLARATION

| POLICY NUMBER: | OSIH3GA_01458894-1A |
|---|---|
| EFFECTIVE DATE: | 07/06/2024 12:01 AM |
| EXPIRATION DATE: | 07/06/2025 12:01 AM |

930 S. Harbor City Blvd., Suite 302 ● Melbourne, FL 32901 ● (866) 590-3550

| Applicant Information<br>Mary Morton<br><br>609 MILLSTONE DR<br>JONESBORO, GA 30238<br>704-574-8587 | Agent Information<br>Kristy Ellsworth<br>Ellsworth Insurance LLC<br>3 Bullsboro Drive<br>Newnan GA 30263<br>770-755-7053 |
|---|---|
| **Property Address:** | 609 MILLSTONE DR JONESBORO GA 30238 |

**AMENDMENT DATE: 07/09/2024**

**REASONS FOR AMENDMENT:**
All Other Perils Deductible changed from $10,000.00 to $2,500.00

| Policy Period: 07/06/2024 to 07/06/2025 at 12:01 A.M. EST | **Important Phone Numbers:**<br>Customer Service: 1-866-590-3550 |
|---|---|
| Policy Type: GA Homeowners HO3 Policy | Claims Reporting: 1-866-590-3550 |

| | | |
|---|---|---|
| | **INSTALLMENT PAYMENT(S) OF:** | **$ 0.00** |
| | **NUMBER OF PAYMENTS:** | **0** |

## COVERAGES

| | |
|---|---|
| Coverage A – Dwelling (Replacement Cost as described in policy) | $490,000 |
| Coverage B – Other Structures | $49,000 |
| Coverage C – Personal Contents | $147,000 |
| Coverage D – Loss of Use | $98,000 |
| Coverage E – Personal Liability | $100,000 |
| Coverage F – Medical Payments | $1,000 |
| Residence Held in Trust | No |
| Loss Assessment Coverage | $1,000 |
| Jewelry, Watches & Furs – Increased  Limits (Unscheduled) | $2,000 |
| Silverware, Goldware, Pewterware – Increased Limits (Unscheduled) | $2,000 |
| Limited Fungi, Other Microbes or Rot Coverage | $ 5,000 |
| Water Back Up & Sump Discharge or Overflow | Excluded |
| Ordinance or Law Coverage | $49,000 |
| Coverage A – Additional 25% Dwelling Coverage | Excluded |
| Personal Injury Coverage | Excluded |
| Coverage C – Personal Property Replacement Cost | Excluded |
| Swimming Pool Liability Coverage Buyback | Excluded |
| Equipment Breakdown Coverage | Excluded |
| Identity Theft Expense and Resolution Services Coverage | Excluded |
| Special Computer Coverage | Excluded |

## DEDUCTIBLES

| Tree Free Yard | Yes |
|---|---|
| First Responder or Military | No |

| **FINANCIAL INFORMATION** | |
|---|---|
| First Mortgagee | Second Mortgagee |
| Guaranteed Rate Inc<br>Loan Number: 244895889<br>PO BOX 29411<br>Phoeniz, AZ 85038 | |

| **POLICY FORMS AND ENDORSEMENTS** | |
|---|---|
| OSI H3 A010 CW 04 23 | Policy Jacket |
| OSI H3 A015 CW 04 23 | Orion180 Select Insurance Company Privacy Policy Notice |
| OSI H3 A020 CW 04 23 | Homeowners Policy Invoice - Insured |
| OSI H3 A321 GA 04 23 | Amended Homeowner Policy Declaration |
| OSI HO A351 05 24 V.2 | Consumer Reports Notice |
| OSI H3 A325 GA 04 23 | Homeowners Application |
| OSI H3 A300 CW 04 23 | Homeowners Policy |
| OSI H3 A440 GA 04 23 | Georgia Amendatory Endorsement |
| OSI H3 A540 CW 04 23 | Mortgagee Clause |
| OSI H3 A545 CW 04 23 | Lender's Loss Payable Endorsement |
| OSI H3 A215 CW 08 23 | Loss Assessment Coverage |
| OSI H3 A330 GA 04 23 | Limited Water Damage Coverage |
| OSI H3 A610 CW 04 23 | Renewable Energy Systems Exclusion |
| OSI H3 A605 CW 04 23 | Swimming Pool or Hot Tub Liability Exclusion |
| OSI H3 A620 CW 04 23 | Trampoline Liability Exclusion |
| OSI H3 A601 GA 04 23 | Animal Liability Exclusion Endorsement |
| OSI H3 A625 CW 04 23 | Golf Cart Property and Liability Exclusion |
| OSI H3 A315 CW 04 23 | Actual Cash Value Loss Settlement to Roof Surfacing |
| OSI H3 A335 CW 04 23 | Exclusion of Cosmetic Damage to Roof Coverings Caused by Hail |

| All Perils Deductible | $2,500 |
|---|---|

| **FEES** (These fees apply to all new and renewal policies and are fully earned and non-refundable.) | |
|---|---|
| Policy Fee | $ 65.00 |
| Inspection Fee | $ 50.00 |

## DISCOUNTS

| | |
|---|---|
| Golden Age | No |
| E-Policy | Yes |
| Theft Protective Devices | Professionally Monitored |
| Fire Protective Devices | Professionally Monitored |
| Wind Loss Prevention | None |
| Home Buyer (Home purchased within preceding 12 months) | Yes |
| Water Loss Prevention | None |
| Loss Free | Yes |
| Tree Free Yard | Yes |
| Tankless Water Heater | No |
| Roof Damage Exclusion | No |
| First Responder or Military | No |

## RATING INFORMATION

| | |
|---|---|
| Home is deeded to, and/or owned by a corporation, LLC, partnership, estate, association, or any other business entity. | No |
| Square Footage | 3631 |
| Year Built | 2006 |
| Occupancy Type (Primary or Seasonal/Secondary) | Primary |
| Construction Type Siding | Frame |
| Foundation Type | Slab |
| Basement | No Basement |
| Protection Class | 3 |
| Roof Covering | Asphalt/Fiberglass 3 Tab Shingle |
| Roof Shape | Hip |
| Roof Replaced | Yes |
| What year was the roof installed | 2023 |
| Number of Dwelling Units | 1 |
| Number of Fire Claims in the last 3 years | 0 |
| Number of Theft Claims in the last 3 years | 0 |
| Number of Liability Claims in the last 3 years | 0 |
| Number of Water Claims in the last 3 years | 0 |
| Number of Other Claims in the last 3 years | 0 |
| Burglar Alarm, Central Station with Alarm | Professionally Monitored |
| Fire Alarm Type | Professionally Monitored |
| Secured Community | Yes |
| Existing Coverage | Yes |
| Wind Loss Prevention | None |
| Water Loss Prevention | None |
| Tankless Water Heater | No |
| Swimming Pool | No |

| Tree Free Yard | Yes |
|---|---|
| First Responder or Military | No |

| **FINANCIAL INFORMATION** | |
|---|---|
| First Mortgagee | Second Mortgagee |
| Guaranteed Rate Inc<br>Loan Number: 244895889<br>PO BOX 29411<br>Phoeniz, AZ 85038 | |

| **POLICY FORMS AND ENDORSEMENTS** | |
|---|---|
| OSI H3 A010 CW 04 23 | Policy Jacket |
| OSI H3 A015 CW 04 23 | Orion180 Select Insurance Company Privacy Policy Notice |
| OSI H3 A020 CW 04 23 | Homeowners Policy Invoice - Insured |
| OSI H3 A321 GA 04 23 | Amended Homeowner Policy Declaration |
| OSI HO A351 05 24 V.2 | Consumer Reports Notice |
| OSI H3 A325 GA 04 23 | Homeowners Application |
| OSI H3 A300 CW 04 23 | Homeowners Policy |
| OSI H3 A440 GA 04 23 | Georgia Amendatory Endorsement |
| OSI H3 A540 CW 04 23 | Mortgagee Clause |
| OSI H3 A545 CW 04 23 | Lender's Loss Payable Endorsement |
| OSI H3 A215 CW 08 23 | Loss Assessment Coverage |
| OSI H3 A330 GA 04 23 | Limited Water Damage Coverage |
| OSI H3 A610 CW 04 23 | Renewable Energy Systems Exclusion |
| OSI H3 A605 CW 04 23 | Swimming Pool or Hot Tub Liability Exclusion |
| OSI H3 A620 CW 04 23 | Trampoline Liability Exclusion |
| OSI H3 A601 GA 04 23 | Animal Liability Exclusion Endorsement |
| OSI H3 A625 CW 04 23 | Golf Cart Property and Liability Exclusion |
| OSI H3 A315 CW 04 23 | Actual Cash Value Loss Settlement to Roof Surfacing |
| OSI H3 A335 CW 04 23 | Exclusion of Cosmetic Damage to Roof Coverings Caused by Hail |