UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mary Elaine Morton,  )<br>  )<br>  Plaintiff,  )<br>  )  Civil Action No.: 1:24-cv-05202-ELR<br>v.  )<br>  )<br>Guaranteed Rate, Inc.  )<br>  )<br>  Defendant.  ) | |

## DEFENDANT GUARANTEED RATE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant Guaranteed Rate, Inc. ("Guaranteed Rate" or Defendant), by and through the undersigned counsel, pursuant to Fed R. Civ. P. 12(b)(6), and files this Motion to Dismiss ("the Motion") Plaintiff Mary Elaine Morton's ("Plaintiff") Complaint against Guaranteed Rate.

In Support of this Motion, Guaranteed Rate relies on the arguments and citations of authority set forth in the accompanying memorandum of law in support of the Motion, which is filed contemporaneously herewith. As set forth in the memorandum of law, Guaranteed Rate's Motion should be granted.

WHEREFORE, Guaranteed Rate respectfully ask this Court to dismiss the entire complaint against it.

Respectfully submitted, this 20th day of November, 2024.

**GORDON REES SCULLY**
**MANSUKHANI LLP**

*/s/ Chad A. Shultz*
V. Phillip Hill
Georgia Bar No. 637841
Chad A. Shultz
Georgia Bar No. 644440
*Attorneys for Defendant Guaranteed Rate, Inc.*

55 Ivan Allen Jr. Blvd. N.W., Suite 750
Atlanta, Georgia 30308
Telephone: (404) 869-9054
cshultz@grsm.com
phill@grsm.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this document was prepared in Times New Roman font, 14 point and complies with Northern District of Georgia Local Rules 5.1 (c) and 7.1(d).

**GORDON REES SCULLY**
**MANSUKHANI LLP**

*/s/ Chad A. Shultz*
V. Phillip Hill
Georgia Bar No. 637841
Chad A. Shultz
Georgia Bar No. 644440
*Attorneys for Defendant Guaranteed Rate, Inc.*

55 Ivan Allen Jr. Blvd. N.W., Suite 750
Atlanta, Georgia 30308

Telephone: (404) 869-9054
cshultz@grsm.com
phill@grsm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 20th day of November, 2024 served a copy of the within and foregoing pleading upon all parties to this matter by serving a copy of the same via first class U.S. mail as follows:

> Mary Elaine Morton
> 609 Millstone Drive
> Jonesboro, GA 30238
> *Plaintiff Pro se*

                                              */s/ Chad A. Shultz*
                                              Counsel