**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Mary Elaine Morton,

   Plaintiff,

v.                                                                CASE NO.: 1:24-cv-05202-ELR

GUARANTEED RATE, INC.

   Defendant.

---

**DEFENDANT GUARANTEED RATE, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, Defendant Guaranteed Rate Inc., ("Defendant"), a Delaware Corporation, states:

1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of its stock:

    a. Guaranteed Rate, Inc.'s parent entity is Rate Holdings Corp.
    b. No publicly traded corporation holds any GRI stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial or other interest which could be substantially affected by the outcome of this particular action:

a. Guaranteed Rate, Inc.

b. Gordon Rees Scully Mansukhani LLP.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a. Plaintiff: *Pro se*

b. Defendants Chad A. Shultz; Jack W Chambers.

Respectfully submitted this 20th day of December, 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Jack W Chambers*
Chad A. Shultz
GA Bar No. 644440
Jack W. Chambers
GA Bar No. 348448
*Attorneys for Guaranteed Rate, Inc.*

55 Ivan Allen Jr. Blvd., NW
Suite 750
Atlanta, Georgia 30308
(404) 869-9054 Telephone
(678) 389-8475 Facsimile
cshultz@grsm.com
jchambers@grsm.com

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document has been prepared in compliance with Local Rule 5.1.

This 20th day of December, 2024.

                                                  **GORDON REES SCULLY MANSUKHANI, LLP**

                                                  */s/ Jack W Chambers*
                                                  Chad A. Shultz
                                                  GA Bar No. 644440
                                                  Jack W. Chambers
                                                  GA Bar No. 348448
                                                  *Attorneys for Guaranteed Rate, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 20th day of December, 2024, by written consent of the opposing party, I have served a true and correct copy of the foregoing by email. Additionally, I have filed a true and correct copy of the foregoing by with the Clerk of Court.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Jack W Chambers*
Chad A. Shultz
GA Bar No. 644440
Jack W. Chambers
GA Bar No. 348448
*Attorneys for Guaranteed Rate, Inc.*