FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 5 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DOCUMENTS ASSOCIATED
WITH CIVIL CASES PENDING
IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

## I. INITIAL DISCLOSURES

**A. Plaintiff's Initial Disclosures.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____Atlanta_____ DIVISION

v.                           Civil Action No. 1:24-CV-5202-TRJ

### PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

On 3/26/2024 the loan officer Leah Cohn asked Kristy Ellsworth owner of Ellsworth Insurance to bind coverage for my home located at 609 Millstone Drive Jonesboro, GA 30238. Guaranteed Rate choose the agent, policy terms, amount in coverage, and submitted all my personal information to the owner. Unfortunately I went to the

(Rev. 03/01/11)                  APP.B - 2

closing table without a policy on my new home. Defendant failed to bind forced coverage on home until 11/2024 after months of begging. Also exposed my identity for fraud

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

On the Mortgage disclosures presented before closing that I reviewed stated, my yearly coverage for my home was 1,413. but the policy was not binded before or at the closing on 04/10/2024. Defendant did not request proof and chose an agent known for fraud to cover my insurance. Instead of mailing to insurance check was mailed directly to agent and was used personally.

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.) I im attaching individuals as an attachment this list can be updated as the case continues.

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.) This is the early stages and I can update as the case continues at this time I dont have individuals

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.) N/A due the case being early

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying

(Rev. 03/01/11)                    APP.B - 3

as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

On 7/06/2024 I called Orion 180 to file a water claim that took place in my kitchen bathroom and I did not have coverage. Defendant failed to issue forced place insurance and transferred my loan. The new company had to force the defendant to get insurance. My home sat 07/06/2024 to 12/2024 unrepaired. causing my family and I stress and health issues.

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.) Kristy Ellsworth and Ellsworth Insurance 3 Bullsboro Drive Newnan, GA 30263

Insurance Agreement N/A

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

N/A I do not have at this time

(Rev. 03/01/11)                      APP.B - 4

# Attachment A

Guaranteed Rate
3940 N. Ravenswood Ave
Chicago, IL 60613

Has information for plaintiff/Defendant Defenses

Leah Cohn
c/o Guaranteed Rate
3940 N. Ravenswood Ave
Chicago, IL 60613

Has information for plaintiff/Defendant Defenses

Alisha Knox
c/o Guaranteed Rate
3940 N. Ravenswood Ave
Chicago, IL 60613

Has information for plaintiff/Defendant Defenses

Paulin Petion
c/o Atlanta Metro Realtor
2015 McCullum ste 210
Newnan, GA 30265

Has information for plaintiff/Defendant Defenses

Tanya Jackson
Ellenwood, GA

Has information for plaintiff/Defendant Defenses

Ryan L Paul
c/o DS Murphy LLC
5400 Laurel Springs Pkwy ste 108
Suwanee, GA

Has information for plaintiff/Defendant Defenses

Attachment B

① Leah Coln
② Alisha Knox