UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 5 2025

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

Mary Elaine Morton
Plaintiff,

v.

Case Number: 1:24-CV-5202-TRJ

Guaranteed Rate Inc
Defendant.

Motion to schedule a conference with Judge

I, Mary Morton the plaintiff in this case is requesting a conference due to lack of communication with the Defendants attorney. I've requested to reach multiple settlements as a result I'm forced to sell my home at an extremely lower price due to an increase of my rate due to Defendants negligence. I would like to schedule a conference due to a major discovery in this case. I'm forced to move due to my mortgage increase due to insurance rate 1,413 to 6,672 yearly. I will owe 2024 and 2025. I've submitted this information to the defendant.