# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Mary Elaine Morton, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:24-cv-05202-ELR |
| v. ) | |
| ) | |
| Guaranteed Rate, Inc. ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF COMPLIANCE

We hereby certify that we have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and we will comply with its provisions during the pendency of this litigation.

This 12th day of February, 2025.

| | |
|---|---|
| */s/Chad Shultz* | */s/Jack Chambers* |
| Chad Shultz | Jack Chambers |
| GA Bar No. 644440 | GA Bar No. 348448 |
| 55 Ivan Allen Jr. Blvd., NW | 55 Ivan Allen Jr. Blvd., NW |
| Suite 750 | Suite 750 |
| Atlanta, Georgia 30308 | Atlanta, Georgia 30308 |
| (404) 978-7325 Telephone | (404) 978-7324 Telephone |
| (678) 389-8475 Facsimile | (678) 389-8475 Facsimile |
| cshultz@grsm.com | jchambers@grsm.com |

*Attorneys for Guaranteed Rate, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document has been prepared in compliance with Local Rule 5.1.

This 12th day of February, 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

 */s/ Jack W Chambers*
Chad A. Shultz
GA Bar No. 644440
Jack W. Chambers
GA Bar No. 348448
*Attorneys for Guaranteed Rate, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 12th day of February, 2025, by written consent of the opposing party, I have served a true and correct copy of the foregoing by email. Additionally, I have filed a true and correct copy of the foregoing with the Court's CM/ECF system.

**GORDON REES SCULLY MANSUKHANI, LLP**

 */s/ Jack W Chambers*
Chad A. Shultz
GA Bar No. 644440
Jack W. Chambers
GA Bar No. 348448
*Attorneys for Guaranteed Rate, Inc.*