UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 13 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Mary Elaine Morton
Plaintiff,

v.

Case Number: 1:24 CV-05202-ELR

Guaranteed Rate, Inc
Defendant.

Certificate of Service

This is to certify that on the 13th of February, 2025 I have served a true and correct copy by mail.

[signature]