United States District Court
for the
Northern District of Georgia
Atlanta Division



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 13 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Mary Elaine Morton
Plaintiff,

v

Case Number: 1:24-CV-05202-ELR

Guaranteed Rate, Inc
Defendant,

Certificate of Service

This is to certify that on the 6th of February 20 I have served a true and correct copy by mail. I served the request for a Judge conference.

Mary elen Marta