United States District Court
for the
Northern District of Georgia
Atlanta Division



Mary Elaine Morton
Plaintiff,

v

Case Number: 1:24-CV-05202-ELR

Guaranteed Rate, Inc
Defendant,

Certificate of Service

This is to certify that on the 6th of February I have served a true and correct copy by mail. I served the intial disclosures.

Mary Elaine Morton