United States District Court
for the
Northern District of Georgia
Atlanta Division



__Mary Elaine Morton__
Plaintiff,

v                                Case Number: 1:24-CV-05202-ELR

__Guaranteed Rate, Inc__
Defendant,

Certificate of Compliance

I Mary Elaine Morton certify that I have read the Court's standing order in this civil case proceeding before Honorable Tiffany R Johnson. I will comply with it's provisions during the pendency of this litigation.

This 13th day of February, 2025

*Mary Elai Mort*