IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY ELAINE MORTON,<br><br>  Plaintiff,<br><br>  v.<br><br>GUARANTEED RATE,<br><br>  Defendant. | CIVIL ACTION NO.<br>1:24-cv-05202-TRJ |

### ORDER

This matter is before the Court on Plaintiff Mary Elaine Morton's Motion to Schedule a Conference with the Judge. Plaintiff requests a conference with the Court "due to lack of communication with the Defendants [*sic*] attorney" regarding settlement communications. Issues regarding settlement communications between the parties do not necessitate the scheduling of a conference with the Court. As such, the Motion to Schedule a Conference with the Judge (Doc. 8) is **DENIED**.

SO ORDERED, this 24th day of February, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge